**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-CR-80** |
| | : | |
| **v.** | : | |
| | : | |
| **HAITENG WU,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant respectfully file this Joint Status Report.

On May 6, 2020, the Defendant pled guilty before the Honorable Robin M. Meriweather to one count of conspiracy to commit mail fraud, in violation of 18 U.S.C. § 371.

On May 7, 2020, Judge Meriweather issued a Report and Recommendation that this Court accept the guilty plea. The following day, the Court issued a minute order adopting the Report and Recommendation and accepting the Defendant's guilty plea.

As part of the plea agreement, the Defendant agreed to the entry of a forfeiture money judgment in the amount of $987,800 and to also forfeit specific real property. ECF No. 60 at pp. 9-10. As part of the plea agreement, the Defendant also signed a consent order of forfeiture, which the government filed with the Court on May 14, 2020. ECF No. 63, 63-1.

On June 3, 2020, the Court issued a minute order asking the parties to file a status report by August 3, 2020, that addressed whether the case is ready for sentencing and whether the Defendant's offense qualifies for forfeiture under 18 U.S.C. § 981(a)(1)(C).

With respect to the Court's first question, the case is not ready for sentencing at this time.

With respect to the Court's second question, the Defendant's offense of conviction qualifies for forfeiture under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Those statutes provide that

upon conviction for conspiracy to commit mail fraud, in violation of 18 U.S.C. § 371, the defendant shall forfeit any property, real or personal, which constitutes or is derived from proceeds of the offense. Moreover, the United States may forfeit substitute property, pursuant to 21 U.S.C. § 853(p). Accordingly, the parties respectfully request that the Court sign the Consent Order of Forfeiture and make that document part of the defendant's judgment when he is sentenced.

The parties respectfully propose that they file another status report no later than October 9, 2020, apprising the Court whether the case is ready for sentencing.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

By:   */s/ Kondi J. Kleinman*
KONDI J. KLEINMAN
California Bar No. 241277
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6887
Kondi.Kleinman2@usdoj.gov

RYAN K. DICKEY
D.C. Bar No. 982536
Trial Attorney
Computer Crime and Intellectual Property Section
1301 New York Avenue, N.W.
Washington, D.C. 20530
(202) 616-1509
Ryan.Dickey@usdoj.gov